**BUCKLEY LLP**
FREDRICK S. LEVIN (State Bar No. 187603)
flevin@buckleyfirm.com
ALI M. ABUGHEIDA (State Bar No. 285284)
aabugheida@buckleyfirm.com
ERIC CHIANG (State Bar No. 323268)
echiang@buckleyfirm.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3960

*Attorneys for Defendant Ygrene Energy Fund, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CONCEPCION, | Case No. 3:19-cv-01465-BAS-MDD |
| Plaintiff, | **DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |
| v. | The Hon. Cynthia A. Bashant |
| YGRENE, INC., a California corporation; YGRENE ENERGY FUND, INC., a Delaware corporation; YGRENE ESCROW, INC., a Delaware corporation; PACE FUNDING GROUP, LLC, a California LLC; HOMESTAR BUILDERS, INC., a California corporation; HOME ENERGY SOLUTIONS, INC., aka CLEARVIEW., a California corporation, | Trial Date:            None set |
| Defendants. | |

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

Defendant Ygrene Energy Fund, Inc. ("Defendant" or "Ygrene") hereby files its Answer and Affirmative Defenses to Plaintiff's First Amended Complaint ("Complaint").

## OVERVIEW

1.      Defendant denies that it engaged in "predatory lending practices," and lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 1 of the Complaint and, on that basis, denies each and every such allegation.

2.      Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint and, on that basis, denies each and every such allegation.

3.      Defendant denies the allegations in paragraph 3 of the Complaint.

4.      Defendant admits that PACE is a means of financing certain energy efficient improvements.  Defendant admits that PACE financing obligations may be repaid through an annual assessment on a property owner's property tax bill.  Defendant denies that PACE obligations constitute loans.  Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 4 of the Complaint and, on that basis, denies each and every such allegation.

5.      Defendant denies the allegations in paragraph 5 of the Complaint.

6.      Defendant admits that PACE was created by statute and that local governments can opt into a PACE program.  Defendant admits that PACE programs involve tax assessments.  Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6 of the Complaint and, on that basis, denies each and every such allegation.

7.      Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint and, on that basis, denies each and every such allegation.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

8.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint and, on that basis, denies each and every such allegation.

9.     Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 9 of the Complaint and, on that basis, denies each and every such allegation.

10.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint and, on that basis, denies each and every such allegation.

**WHAT HAPPENED TO PLAINTIFF**

11.     Defendant denies that PACE financing does not have underwriting requirements.  Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 11 of the Complaint and, on that basis, denies each and every such allegation.

a.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 11a of the Complaint and, on that basis, denies each and every such allegation.

b.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 11b of the Complaint and, on that basis, denies each and every such allegation.

c.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 11c of the Complaint and, on that basis, denies each and every such allegation.

d.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 11d of the Complaint and, on that basis, denies each and every such allegation.

e.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 11e of the Complaint and, on that basis, denies

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

1  each and every such allegation.

2          f.      Defendant denies that PACE financing does not have

3  underwriting requirements.  Defendant lacks information sufficient to form a belief

4  as to the truth of the remaining allegations in paragraph 11f of the Complaint and,

5  on that basis, denies each and every such allegation.

6          12.    Defendant lacks information sufficient to form a belief as to the truth of

7  the allegations in paragraph 12 of the Complaint and, on that basis, denies each and

8  every such allegation.

9          13.    Defendant lacks information sufficient to form a belief as to the truth of

10  the allegations in paragraph 13 of the Complaint and, on that basis, denies each and

11  every such allegation.

12          14.    Defendant lacks information sufficient to form a belief as to the truth of

13  the allegations in paragraph 14 of the Complaint and, on that basis, denies each and

14  every such allegation.

15          15.    Defendant lacks information sufficient to form a belief as to the truth of

16  the allegations in paragraph 15 of the Complaint and, on that basis, denies each and

17  every such allegation.

18          16.    Defendant lacks information sufficient to form a belief as to the truth of

19  the allegations in paragraph 16 of the Complaint and, on that basis, denies each and

20  every such allegation.

21          17.    Defendant lacks information sufficient to form a belief as to the truth of

22  the allegations in paragraph 17 of the Complaint and, on that basis, denies each and

23  every such allegation.

24          18.    Defendant lacks information sufficient to form a belief as to the truth of

25  the allegations in paragraph 18 of the Complaint and, on that basis, denies each and

26  every such allegation.

27          19.    Defendant lacks information sufficient to form a belief as to the truth of

28  the allegations in paragraph 19 of the Complaint and, on that basis, denies each and

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1    every such allegation.

2        20.    Defendant lacks information sufficient to form a belief as to the truth of

3    the allegations in paragraph 20 of the Complaint and, on that basis, denies each and

4    every such allegation.

5        21.    Defendant lacks information sufficient to form a belief as to the truth of

6    the allegations in paragraph 21 of the Complaint and, on that basis, denies each and

7    every such allegation.

8        22.    Defendant lacks information sufficient to form a belief as to the truth of

9    the allegations in paragraph 22 of the Complaint and, on that basis, denies each and

10   every such allegation.

11       23.    Defendant lacks information sufficient to form a belief as to the truth of

12   the allegations in paragraph 23 of the Complaint and, on that basis, denies each and

13   every such allegation.

14       24.    Defendant lacks information sufficient to form a belief as to the truth of

15   the allegations in paragraph 24 of the Complaint and, on that basis, denies each and

16   every such allegation.

17       25.    Defendant admits that Plaintiff purports to bring this action to seek

18   redress, but denies that Plaintiff is entitled to any redress.  Except as expressly

19   admitted, Defendant denies the remaining allegations in paragraph 25 of the

20   Complaint.

21                       **JURISDICTION AND VENUE**

22       26.    Paragraph 26 contains conclusions of law to which no response is

23   required.  To the extent a response is deemed to be required, Defendant admits that

24   Plaintiff has asserted causes of action under federal law, but denies that Plaintiff is

25   entitled to any relief under any of the causes of actions referenced in paragraph 26

26   (or elsewhere).  Defendant is without information sufficient to form a belief as to the

27   truth or the remaining allegations in paragraph 26 of the Complaint and therefore

28   deny the same.

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

27. Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint and, on that basis, denies each and every such allegation.

28. Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint and, on that basis, denies each and every such allegation.

29. Defendant does not dispute that this Court has personal jurisdiction over Defendant. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 29 of the Complaint and, on that basis, denies each and every such allegation.

30. Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Complaint and, on that basis, denies each and every such allegation.

**DEFINITIONS**

31. The allegations in paragraph 31 are administrative in nature and therefore do not require a response.

    a. The allegations in paragraph 31a are administrative in nature and therefore do not require a response.

    b. The allegations in paragraph 31b are administrative in nature and therefore do not require a response.

    c. The allegations in paragraph 31c are administrative in nature and therefore do not require a response.

**PARTIES**

32. Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the Complaint and, on that basis, denies each and every such allegation.

33. Defendant admits that it is a Delaware corporation qualified to do business in California. Defendant denies the remaining allegations in paragraph 33.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

34.    Defendant denies that it "operates in conjunction with" Ygrene, Inc. and Ygrene Escrow Inc.  Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 34 of the Complaint and, on that basis, denies each and every such allegation.

35.    Defendant denies that it "works with" Ygrene, Inc. and Ygrene Escrow Inc. as a "specialty finance firm."  Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Complaint and, on that basis, denies each and every such allegation.

36.    Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the Complaint and, on that basis, denies each and every such allegation.

37.    Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 37 of the Complaint and, on that basis, denies each and every such allegation.

38.    Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the Complaint and, on that basis, denies each and every such allegation.

39.    Defendant denies the allegations in paragraph 39 of the Complaint.

40.    Defendant admits that Plaintiff obtained PACE financing through Defendant.  Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 40 of the Complaint and, on that basis, denies each and every such allegation.

41.    Paragraph 41 contains conclusions of law to which no response is required.  To the extent a response is deemed to be required, Defendant denies the allegations in paragraph 41 of the Complaint.

## FACTUAL ALLEGATIONS

42.    Defendant denies that it committed any wrongdoing.  Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in

1  paragraph 42 of the Complaint and, on that basis, denies each and every such

2  allegation.

3      43.    Defendant lacks information sufficient to form a belief as to the truth of

4  the allegations in paragraph 43 of the Complaint and, on that basis, denies each and

5  every such allegation.

6          d.    Defendant lacks information sufficient to form a belief as to the

7  truth of the allegations in paragraph 43d of the Complaint and, on that basis, denies

8  each and every such allegation.

9          e.    Defendant lacks information sufficient to form a belief as to the

10  truth of the allegations in paragraph 43e of the Complaint and, on that basis, denies

11  each and every such allegation.

12          f.    Defendant lacks information sufficient to form a belief as to the

13  truth of the allegations in paragraph 43f of the Complaint and, on that basis, denies

14  each and every such allegation.

15          g.    Defendant lacks information sufficient to form a belief as to the

16  truth of the allegations in paragraph 43g of the Complaint and, on that basis, denies

17  each and every such allegation.

18          h.    Defendant lacks information sufficient to form a belief as to the

19  truth of the allegations in paragraph 43h of the Complaint and, on that basis, denies

20  each and every such allegation.

21          i.    Defendant lacks information sufficient to form a belief as to the

22  truth of the allegations in paragraph 43i of the Complaint and, on that basis, denies

23  each and every such allegation.

24      44.    Defendant lacks information sufficient to form a belief as to the truth of

25  the allegations in paragraph 44 of the Complaint and, on that basis, denies each and

26  every such allegation.

27      45.    Defendant lacks information sufficient to form a belief as to the truth of

28  the allegations in paragraph 45 of the Complaint and, on that basis, denies each and

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1   every such allegation.

2        46.   Defendant lacks information sufficient to form a belief as to the truth of
3   the allegations in paragraph 46 of the Complaint and, on that basis, denies each and
4   every such allegation.

5        47.   Defendant lacks information sufficient to form a belief as to the truth of
6   the allegations in paragraph 47 of the Complaint and, on that basis, denies each and
7   every such allegation.

8        48.   Defendant lacks information sufficient to form a belief as to the truth of
9   the allegations in paragraph 48 of the Complaint and, on that basis, denies each and
10  every such allegation.

11       49.   Defendant lacks information sufficient to form a belief as to the truth of
12  the allegations in paragraph 49 of the Complaint and, on that basis, denies each and
13  every such allegation.

14       50.   Defendant lacks information sufficient to form a belief as to the truth of
15  the allegations in paragraph 50 of the Complaint and, on that basis, denies each and
16  every such allegation.

17       51.   Defendant lacks information sufficient to form a belief as to the truth of
18  the allegations in paragraph 51 of the Complaint and, on that basis, denies each and
19  every such allegation.

20       52.   Defendant lacks information sufficient to form a belief as to the truth of
21  the allegations in paragraph 52 of the Complaint and, on that basis, denies each and
22  every such allegation.

23       53.   Defendant lacks information sufficient to form a belief as to the truth of
24  the allegations in paragraph 53 of the Complaint and, on that basis, denies each and
25  every such allegation.

26       54.   Defendant lacks information sufficient to form a belief as to the truth of
27  the allegations in paragraph 54 of the Complaint and, on that basis, denies each and
28  every such allegation.

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

55.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 55 of the Complaint and, on that basis, denies each and every such allegation.

56.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 56 of the Complaint and, on that basis, denies each and every such allegation.

57.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 57 of the Complaint and, on that basis, denies each and every such allegation.

58.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 58 of the Complaint and, on that basis, denies each and every such allegation.

59.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 59 of the Complaint and, on that basis, denies each and every such allegation.

60.     Defendant denies that Plaintiff entered into a "consumer credit transaction" with Defendant.  Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 60 of the Complaint and, on that basis, denies each and every such allegation.

61.     Defendant denies that Defendant solicited and extended consumer credit to Plaintiff.  Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 61 of the Complaint and, on that basis, denies each and every such allegation.

62.     Defendant denies the allegations in Paragraph 62.

63.     Defendant denies the allegations in Paragraph 63.

64.     Defendant denies that it was required to provide a TILA disclosure. Defendant lacks information sufficient to form a belief as to the truth of the

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1  remaining allegations in paragraph 64 of the Complaint and, on that basis, denies

2  each and every such allegation.

3     65.   Defendant denies the allegations in Paragraph 65.

4     66.   Defendant denies the allegations in Paragraph 66.

5  **DEFENDANTS' ARBITRATION CLAUSES, IF ANY, ARE NOT**

6  **ENFORCEABLE UNDER FEDERAL LAW**

7     67.   The allegations in paragraph 67 of the Complaint constitute legal

8  conclusions to which no response is required.  To the extent these allegations may

9  be deemed to require a response, Defendant lacks information sufficient to form a

10  belief as to the truth of the allegations in paragraph 67 of the Complaint and, on that

11  basis, denies each and every such allegation.

12  **<u>FIRST CAUSE OF ACTION</u>**

13  **VIOLATIONS OF TRUTH AND LENDING ACT**

14  **15 U.S.C. § 1601 et seq.**

15  **(Against All Defendants)**

16     68.   Defendant hereby incorporate its responses to the preceding paragraphs

17  as though set forth fully herein.

18     69.   The allegations in paragraph 69 of the Complaint constitute legal

19  conclusions to which no response is required.  To the extent these allegations may

20  be deemed to require a response, Defendant denies each and every such allegation.

21     70.   The allegations in paragraph 70 of the Complaint constitute legal

22  conclusions to which no response is required.  To the extent these allegations may

23  be deemed to require a response, Defendant denies each and every such allegation.

24     71.   The allegations in paragraph 71 of the Complaint constitute legal

25  conclusions to which no response is required.  To the extent these allegations may

26  be deemed to require a response, Defendant lacks information sufficient to form a

27  belief as to the truth of the allegations in paragraph 71 of the Complaint and, on that

28  basis, denies each and every such allegation.

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1        a.    The allegations in paragraph 71a of the Complaint constitute

2    legal conclusions to which no response is required.  To the extent these allegations

3    may be deemed to require a response, Defendant lacks information sufficient to

4    form a belief as to the truth of the allegations in this subparagraph and, on that basis,

5    denies each and every such allegation.

6        i.    The allegations in paragraph 71a.i of the Complaint

7    constitute legal conclusions to which no response is required.  To the extent these

8    allegations may be deemed to require a response, Defendant lacks information

9    sufficient to form a belief as to the truth of the allegations in this subparagraph and,

10   on that basis, denies each and every such allegation.

11       ii.    The allegations in paragraph 71a.ii of the Complaint

12   constitute legal conclusions to which no response is required.  To the extent these

13   allegations may be deemed to require a response, Defendant lacks information

14   sufficient to form a belief as to the truth of the allegations in this subparagraph and,

15   on that basis, denies each and every such allegation.

16       iii.    The allegations in paragraph 71a.iii of the Complaint

17   constitute legal conclusions to which no response is required.  To the extent these

18   allegations may be deemed to require a response, Defendant lacks information

19   sufficient to form a belief as to the truth of the allegations in this subparagraph and,

20   on that basis, denies each and every such allegation.

21       iv.    The allegations in paragraph 71a.iv of the Complaint

22   constitute legal conclusions to which no response is required.  To the extent these

23   allegations may be deemed to require a response, Defendant lacks information

24   sufficient to form a belief as to the truth of the allegations in this subparagraph and,

25   on that basis, denies each and every such allegation.

26       v.    The allegations in paragraph 71a.v of the Complaint

27   constitute legal conclusions to which no response is required.  To the extent these

28   allegations may be deemed to require a response, Defendant lacks information

1   sufficient to form a belief as to the truth of the allegations in this subparagraph and,

2   on that basis, denies each and every such allegation.

3           vi.    The allegations in paragraph 71a.vi of the Complaint

4   constitute legal conclusions to which no response is required.  To the extent these

5   allegations may be deemed to require a response, Defendant lacks information

6   sufficient to form a belief as to the truth of the allegations in this subparagraph and,

7   on that basis, denies each and every such allegation.

8          b.    The allegations in paragraph 71b of the Complaint constitute

9   legal conclusions to which no response is required.  To the extent these allegations

10   may be deemed to require a response, Defendant lacks information sufficient to

11   form a belief as to the truth of the allegations in this subparagraph and, on that basis,

12   denies each and every such allegation.

13       72.    The allegations in paragraph 72 of the Complaint constitute legal

14   conclusions to which no response is required.  To the extent these allegations may

15   be deemed to require a response, Defendant denies each and every such allegation.

16       73.    Defendant denies the allegations in paragraph 73.

17       74.    The allegations in paragraph 74 of the Complaint constitute legal

18   conclusions to which no response is required.  To the extent these allegations may

19   be deemed to require a response, Defendant denies each and every such allegation.

20       75.    The allegations in paragraph 75 of the Complaint constitute legal

21   conclusions to which no response is required.  To the extent these allegations may

22   be deemed to require a response, Defendant denies each and every such allegation.

23   ### SECOND CAUSE OF ACTION

24   **VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT**

25   **COLLECTIONS PRACTICES ACT**

26   **California Civil Code § 1788, et seq.**

27   **(Against All Defendants)**

28       76.    Defendant hereby incorporate its responses to the preceding paragraphs

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

1    as though set forth fully herein.

2         77.   The allegations in paragraph 77 of the Complaint constitute legal

3    conclusions to which no response is required.  To the extent these allegations may

4    be deemed to require a response, Defendant denies each and every such allegation.

5         78.   The allegations in paragraph 78 of the Complaint constitute legal

6    conclusions to which no response is required.  To the extent these allegations may

7    be deemed to require a response, Defendant lacks sufficient information to form a

8    belief as to the truth of the allegation and, on that basis, denies each and every such

9    allegation.

10        79.   The allegations in paragraph 79 of the Complaint constitute legal

11   conclusions to which no response is required.  To the extent these allegations may

12   be deemed to require a response, Defendant denies each and every such allegation.

13        80.   The allegations in paragraph 80 of the Complaint constitute legal

14   conclusions to which no response is required.  To the extent these allegations may

15   be deemed to require a response, Defendant denies each and every such allegation.

16                          **THIRD CAUSE OF ACTION**

17   **VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

18                          **15 U.S.C. § 1682, et seq.**

19                          **(Against All Defendants)**

20        81.   Defendant hereby incorporate its responses to the preceding paragraphs

21   as though set forth fully herein.

22        82.   The allegations in paragraph 82 of the Complaint constitute legal

23   conclusions to which no response is required.  To the extent these allegations may

24   be deemed to require a response, Defendant denies each and every such allegation.

25        83.   The allegations in paragraph 83 of the Complaint constitute legal

26   conclusions to which no response is required.  To the extent these allegations may

27   be deemed to require a response, Defendant denies each and every such allegation.

28        84.   The allegations in paragraph 84 of the Complaint constitute legal

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

1   conclusions to which no response is required.  To the extent these allegations may

2   be deemed to require a response, Defendant denies each and every such allegation.

### FOURTH CAUSE OF ACTION

### VIOLATIONS OF REAL ESTATE SETTLEMENT PROCEDURES ACT

### 12 U.S.C. § 2605, et seq.

### (Against All Defendants)

85.     Defendant hereby incorporate its responses to the preceding paragraphs as though set forth fully herein.

86.     The allegations in paragraph 86 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

87.     Defendant admits that the language of California Financial Code Section 50505 speaks for itself.

88.     The allegations in paragraph 88 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

89.     The allegations in paragraph 89 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

90.     The allegations in paragraph 90 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

91.     The allegations in paragraph 91 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

92.     The allegations in paragraph 92 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

93.     The allegations in paragraph 93 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

### FIFTH CAUSE OF ACTION

### FRAUD-INTENTIONAL MISREPRESENTATION

### (Against All Defendants)

94.     Defendant hereby incorporate its responses to the preceding paragraphs as though set forth fully herein.

95.     The allegations in paragraph 95 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 95 of the Complaint and, on that basis, denies each and every such allegation.

c.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 95c of the Complaint and, on that basis, denies each and every such allegation.

d.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 95d of the Complaint and, on that basis, denies each and every such allegation.

e.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 95e of the Complaint and, on that basis, denies each and every such allegation.

f.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 95f of the Complaint and, on that basis, denies each and every such allegation.

g.     Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 95g of the Complaint and, on that basis, denies each and every such allegation.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1      h.     Defendant lacks information sufficient to form a belief as to the

2 truth of the allegations in paragraph 95h of the Complaint and, on that basis, denies

3 each and every such allegation.

4      96.     The allegations in paragraph 96 of the Complaint constitute legal

5 conclusions to which no response is required.  To the extent these allegations may

6 be deemed to require a response, Defendant lacks information sufficient to form a

7 belief as to the truth of the allegations in paragraph 96 of the Complaint and, on that

8 basis, denies each and every such allegation.

9      97.     The allegations in paragraph 97 of the Complaint constitute legal

10 conclusions to which no response is required.  To the extent these allegations may

11 be deemed to require a response, Defendant lacks information sufficient to form a

12 belief as to the truth of the allegations in paragraph 97 of the Complaint and, on that

13 basis, denies each and every such allegation.

14      98.     The allegations in paragraph 98 of the Complaint constitute legal

15 conclusions to which no response is required.  To the extent these allegations may

16 be deemed to require a response, Defendant lacks information sufficient to form a

17 belief as to the truth of the allegations in paragraph 98 of the Complaint and, on that

18 basis, denies each and every such allegation.

19      99.     The allegations in paragraph 99 of the Complaint constitute legal

20 conclusions to which no response is required.  To the extent these allegations may

21 be deemed to require a response, Defendant lacks information sufficient to form a

22 belief as to the truth of the allegations in paragraph 99 of the Complaint and, on that

23 basis, denies each and every such allegation.

24      100.   The allegations in paragraph 100 of the Complaint constitute legal

25 conclusions to which no response is required.  To the extent these allegations may

26 be deemed to require a response, Defendant lacks information sufficient to form a

27 belief as to the truth of the allegations in paragraph 100 of the Complaint and, on

28 that basis, denies each and every such allegation.

101.   The allegations in paragraph 101 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

102.   The allegations in paragraph 102 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

103.   The allegations in paragraph 103 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

104.   The allegations in paragraph 104 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

## SIXTH CAUSE OF ACTION

### FRAUD-NEGLIGENT MISREPRESENTATION

### (Against All Defendants)

105.   Defendant hereby incorporate its responses to the preceding paragraphs as though set forth fully herein.

106.   The allegations in paragraph 106 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

i.   Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 106i of the Complaint and, on that basis, denies each and every such allegation.

j.   Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 106j of the Complaint and, on that basis, denies each and every such allegation.

k.   Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 106k of the Complaint and, on that basis, denies

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1  each and every such allegation.

2      l.    Defendant lacks information sufficient to form a belief as to the
3  truth of the allegations in paragraph 106l of the Complaint and, on that basis, denies
4  each and every such allegation.

5      m.    Defendant lacks information sufficient to form a belief as to the
6  truth of the allegations in paragraph 106m of the Complaint and, on that basis,
7  denies each and every such allegation.

8      n.    Defendant lacks information sufficient to form a belief as to the
9  truth of the allegations in paragraph 106n of the Complaint and, on that basis, denies
10 each and every such allegation.

11     107.   The allegations in paragraph 107 of the Complaint constitute legal
12 conclusions to which no response is required.  To the extent these allegations may
13 be deemed to require a response, Defendant lacks information sufficient to form a
14 belief as to the truth of the allegations in paragraph 107 of the Complaint and, on
15 that basis, denies each and every such allegation.

16     108.   The allegations in paragraph 108 of the Complaint constitute legal
17 conclusions to which no response is required.  To the extent these allegations may
18 be deemed to require a response, Defendant lacks information sufficient to form a
19 belief as to the truth of the allegations in paragraph 108 of the Complaint and, on
20 that basis, denies each and every such allegation.

21     109.   The allegations in paragraph 109 of the Complaint constitute legal
22 conclusions to which no response is required.  To the extent these allegations may
23 be deemed to require a response, Defendant lacks information sufficient to form a
24 belief as to the truth of the allegations in paragraph 109 of the Complaint and, on
25 that basis, denies each and every such allegation.

26     110.   The allegations in paragraph 110 of the Complaint constitute legal
27 conclusions to which no response is required.  To the extent these allegations may
28 be deemed to require a response, Defendant lacks information sufficient to form a

BUCKLEY LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

Case No. 3:19-cv-01465-BAS-MDD
DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

1   belief as to the truth of the allegations in paragraph 110, of the Complaint and, on

2   that basis, denies each and every such allegation.

3       111.   The allegations in paragraph 111 of the Complaint constitute legal

4   conclusions to which no response is required.  To the extent these allegations may

5   be deemed to require a response, Defendant lacks information sufficient to form a

6   belief as to the truth of the allegations in paragraph 111 of the Complaint and, on

7   that basis, denies each and every such allegation.

8       112.   The allegations in paragraph 112 of the Complaint constitute legal

9   conclusions to which no response is required.  To the extent these allegations may

10  be deemed to require a response, Defendant denies each and every such allegation.

11      113.   The allegations in paragraph 113 of the Complaint constitute legal

12  conclusions to which no response is required.  To the extent these allegations may

13  be deemed to require a response, Defendant denies each and every such allegation.

14      114.   The allegations in paragraph 114 of the Complaint constitute legal

15  conclusions to which no response is required.  To the extent these allegations may

16  be deemed to require a response, Defendant denies each and every such allegation.

17                      **SEVENTH CAUSE OF ACTION**

18       **VIOLATIONS OF CALIFORNIA BUSINESS AND PROFESSIONS**

19                          **CODE § 17200**

20                     **(Against All Defendants)**

21      115.   Defendant hereby incorporate its responses to the preceding paragraphs

22  as though set forth fully herein.

23      116.   The allegations in paragraph 116 of the Complaint constitute legal

24  conclusions to which no response is required.  To the extent these allegations may

25  be deemed to require a response, Defendant denies each and every such allegation.

26      117.   The allegations in paragraph 117 of the Complaint constitute legal

27  conclusions to which no response is required.  To the extent these allegations may

28  be deemed to require a response, Defendant denies each and every such allegation.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

118.   Defendant admits that Plaintiff seeks injunctive relief but denies that Plaintiff is entitled to such injunctive relief.  Except as expressly admitted herein, Defendant denies the remaining allegations in paragraph 118.

119.   Defendant admits that Plaintiff seeks restitution, disgorgement, costs of suit, attorneys' fees, and other relief but denies that Plaintiff is entitled to any such relief.  Except as expressly admitted herein, Defendant denies the remaining allegations in paragraph 119.

120.   The allegations in paragraph 120 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

## EIGHTH CAUSE OF ACTION

## BREACH OF CONTRACT

### (Against All Defendants)

121.   Defendant hereby incorporate its responses to the preceding paragraphs as though set forth fully herein.

122.   The allegations in paragraph 122 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 122 of the Complaint and, on that basis, denies each and every such allegation.

123.   The allegations in paragraph 123 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 123 of the Complaint and, on that basis, denies each and every such allegation.

124.   The allegations in paragraph 124 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant lacks information sufficient to form a

Case No. 3:19-cv-01465-BAS-MDD
DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1  belief as to the truth of the allegations in paragraph 124 of the Complaint and, on

2  that basis, denies each and every such allegation.

3      125.   Defendant admits that Plaintiff seeks restitution, disgorgement, costs of

4  suit, attorneys' fees, and other relief but denies that Plaintiff is entitled to any such

5  relief.  Except as expressly admitted herein, Defendant denies the remaining

6  allegations in paragraph 125.

7                    **<u>NINTH CAUSE OF ACTION</u>**

8    **BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR**

9                                  **DEALINGS**

10                        **(Against All Defendants)**

11      126.   Defendant hereby incorporate its responses to the preceding paragraphs

12  as though set forth fully herein.

13      127.   The allegations in paragraph 127 of the Complaint constitute legal

14  conclusions to which no response is required.  To the extent these allegations may

15  be deemed to require a response, Defendant denies each and every such allegation.

16      128.   The allegations in paragraph 128 of the Complaint constitute legal

17  conclusions to which no response is required.  To the extent these allegations may

18  be deemed to require a response, Defendant lacks sufficient information to form a

19  belief as to the truth of the allegation and, on that basis, denies each and every such

20  allegation.

21      129.   The allegations in paragraph 129 of the Complaint constitute legal

22  conclusions to which no response is required.  To the extent these allegations may

23  be deemed to require a response, Defendant lacks sufficient information to form a

24  belief as to the truth of the allegation and, on that basis, denies each and every such

25  allegation.

26      130.   The allegations in paragraph 130 of the Complaint constitute legal

27  conclusions to which no response is required.  To the extent these allegations may

28  be deemed to require a response, Defendant denies each and every such allegation.

131.  The allegations in paragraph 131 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant lacks sufficient information to form a belief as to the truth of the allegation and, on that basis, denies each and every such allegation.

132.  The allegations in paragraph 132 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

j.  Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 132j of the Complaint and, on that basis, denies each and every such allegation.

k.  The allegations in paragraph 132k of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

l.  Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 132l of the Complaint and, on that basis, denies each and every such allegation.

133.  The allegations in paragraph 133 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

## TENTH CAUSE OF ACTION

### ELDER FINANCIAL ABUSE IN VIOLATION OF WELFARE & INSTITUTIONS CODE § 5160, et seq.

#### (Against All Defendants)

134.  Defendant hereby incorporate its responses to the preceding paragraphs as though set forth fully herein.

135.  The allegations in paragraph 135 of the Complaint constitute legal

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 135 of the Complaint and, on that basis, denies each and every such allegation.

136.   Defendant lacks information sufficient to form a belief as to the truth of the allegations in paragraph 136 of the Complaint and, on that basis, denies each and every such allegation.

137.   The allegations in paragraph 137 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

138.   The allegations in paragraph 138 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

139.   The allegations in paragraph 139 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

140.   The allegations in paragraph 140 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

141.   The allegations in paragraph 141 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

142.   The allegations in paragraph 142 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

143.   The allegations in paragraph 143 of the Complaint constitute legal conclusions to which no response is required.  To the extent these allegations may be deemed to require a response, Defendant denies each and every such allegation.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

## **ALLEGED PRAYER FOR RELIEF**

1.     Defendant admits that Plaintiff seeks a judgment in Plaintiff's favor against Defendants, and each of them, but denies that Plaintiff is entitled to such judgment.

2.     Defendant admits that Plaintiff seeks an order requiring Defendants to show cause, if any, why they should not be enjoined during the pendency of this action but denies that Plaintiff is entitled to such an order.

3.     Defendant admits that Plaintiff seeks an order stating that Defendants engaged in unfair business practices but denies that Plaintiff is entitled to such an order.

4.     Defendant admits that Plaintiff seeks damages, disgorgement, and injunctive relief under California's common and statutory law of unfair practices but denies that Plaintiff is entitled to any such relief.

5.     Defendant admits that Plaintiff seeks compensatory and statutory damages, attorney's fees and costs according to proof at trial but denies that Plaintiff is entitled to any such damages, fees, or costs.

6.     Defendant admits that Plaintiff seeks attorney's fees and costs pursuant to Welfare & Institutions Code Section 15657.5 but denies that Plaintiff it entitled to such attorney's fees.

7.     Defendant admits that Plaintiff seeks exemplary damages but denies that Plaintiff is entitled to such damages.

8.     Defendant admits that Plaintiff seeks treble remedies under California Code Section 3345 but denies that Plaintiff is entitled to such remedies.

9.     Defendant admits that Plaintiff seeks other and further relief as the Court may deem just and proper but denies that Plaintiff is entitled to any such relief.

## **AFFIRMATIVE DEFENSES**

Without assuming any burden that it would not otherwise bear under

applicable law, and reserving its right to amend its Answer to assert additional defenses, Defendant asserts the following defenses:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.     The Complaint fails to state any claim upon which relief can be granted against Defendants.

## SECOND AFFIRMATIVE DEFENSE

### (Complaint Uncertain)

2.     Each and all of the purported causes of action set forth in the Complaint are uncertain, ambiguous and unintelligible.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

3.     Plaintiff has failed to diligently mitigate their damages, if any.

## FOURTH AFFIRMATIVE DEFENSE

### (Plaintiff's Negligence or Other Legal Fault)

4.     Defendant alleges that Plaintiff's claims for damages, if any, are barred by Plaintiff's negligence, or other legal fault of Plaintiff and/or by the negligence or other legal fault of persons and entities other than Defendant.

## FIFTH AFFIRMATIVE DEFENSE

### (Lawful Conduct)

5.     Defendant asserts that its conduct and that of its employees and/or agents were at all times reasonable and lawful under the circumstances.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

6.     As a matter of fact and law, Plaintiff has waived any and all claims related to Defendant's actions or omissions in this matter.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

## SEVENTH AFFIRMATIVE DEFENSE

### (Laches)

7.      By reason of Plaintiff's own conduct, including unreasonable delay, Plaintiff is barred under the doctrine of laches from obtaining any relief against Defendants.

## EIGHTH AFFIRMATIVE DEFENSE

### (Estoppel)

8.      By reason of Plaintiff's own conduct, representations, omissions and delays, Plaintiff is estopped from claiming any recovery against Defendant.

## NINTH AFFIRMATIVE DEFENSE

### (Ratification, Consent, Release)

9.      Plaintiff's claims are barred, in whole or in part, by the doctrines of ratification and/or consent and/or to the extent that they have been released by agreement or operation of law.

## TENTH AFFIRMATIVE DEFENSE

### (Acting in Good Faith, No Violation of Law)

10.     Defendant asserts that it, its employees, and/or agents acted in good faith and without malice, and neither directly nor indirectly performed any acts whatsoever which would constitute a violation of any laws or regulations or a violation of any right, contractual or otherwise, or any duty owed to Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Standing, No Known Injury, No Damages)

11.     Plaintiff's alleged claims are barred, in whole or in part, because Plaintiff does not have standing and have suffered no injury or damage as a result of the matters alleged in the Complaint.  Further, the measure of Plaintiff's damages, if any, are based upon guesswork, speculation, and conjecture.

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

## TWELFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

12.     Each and all of the purported causes of action in the Complaint are barred by the doctrine of unclean hands due to Plaintiff's own actions not in good faith.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Contributory Negligence)

13.     That Plaintiff was himself negligent, and that negligence contributed as a proximate and legal cause to his injury and damages.  Recovery herein is therefore diminished and barred to the degree of that negligence.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

14.     To the extent that Plaintiff suffered any detriment, the risk of such detriment was assumed by Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Good Faith)

15.     That at all times pertinent herein, Defendant and its employees, and/or agents were and are presently, duly qualified and herein engaged in the performance of their regularly assigned duties, and further, these individual employees, and/or agents at all times herein acted in good faith and without malice.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Consent)

16.     Defendant alleges that Plaintiff is barred from asserting any causes of action by virtue of their consent to the alleged acts and/or conditions.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Breach of Duty)

17.     Defendant alleges that it did not breach any duty to Plaintiff.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Claim Stated, Injunctive Relief)

18.     Defendant alleges that the Complaint fails to properly state a claim for injunctive relief.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Attorney Fees)

19.     Defendant allege that Plaintiff failed to state a claim for attorney fees.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

20.     Plaintiff's alleged claims are barred, in whole or in part, by the applicable statutes of limitations including, but not limited to, 12 U.S.C. § 2614; 15 U.S.C. §§ 1635(f), 1640(e), 1692k(d); Cal. Bus. & Prof. Code § 17208; Cal. Code Civ. Proc. §§ 337, 338, 339, and 1788.30; Cal. Welf. & Inst. Code § 15657.7.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Causation)

21.     Factors other than allegedly untrue statements of material fact, omissions of material fact, misleading statements, or other alleged actions by Defendant and/or its agents, if any, and/or their predecessors in interest caused some or all of the harm or damages alleged by Plaintiff.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Proximate Causation)

22.     Plaintiff's alleged claims are barred, in whole or in part, because Plaintiff's claimed injuries and damages were not proximately caused by any acts or omissions of Defendant and/or its agents, if any, and/or its predecessors in interest.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Independent Conduct)

23.     Plaintiff's alleged claims are barred, in whole or in part, because any and all injuries and damages alleged in the Complaint were caused by the

1  independent conduct of one or more persons and/or entities over which Defendant

2  had no control and for whose actions/omissions Defendant is not responsible.

3  ### TWENTY-FOURTH AFFIRMATIVE DEFENSE

4  **(Voluntary Payment Doctrine)**

5  24.     Plaintiff's alleged claims are barred, in whole or in part, by the

6  voluntary payment doctrine, under which they cannot recover payments voluntarily

7  made with full knowledge of the facts.

8  ### TWENTY-FIFTH AFFIRMATIVE DEFENSE

9  **(Offset)**

10  25.     Plaintiff received all or substantially all of the benefit from the products

11  and/or services at issue that he bargained for, and to that extent any damages and/or

12  restitution that they might be entitled to recover must be correspondingly reduced.

13  ### TWENTY-SIXTH AFFIRMATIVE DEFENSE

14  **(Limitation of Liability)**

15  26.     Plaintiff's alleged claims and/or the recovery of all or certain claimed

16  damages by Plaintiff may be precluded by disclaimers, limitations of liability,

17  and/or other language or terms set forth in documents provided to Plaintiff and/or

18  agreements entered into by Plaintiff.

19  ### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

20  **(Puffing)**

21  27.     Defendant alleges that any statements allegedly made by any of the

22  defendants and/or their agents, if any, and/or their predecessors in interest were

23  mere inactionable "puffing" or opinion, and were not representations of fact.

24  ### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

25  **(Constitutionality)**

26  28.     Any finding of liability under the UCL would violate the Due Process

27  Clause of the Fourteenth Amendment to the United States Constitution, and of

28  Article I, Section 7 of the California Constitution, because the standards of liability

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

1   under these statutes are unduly vague and subjective, and permit retroactive,

2   random, arbitrary, and capricious punishment that serves no legitimate

3   governmental interest.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Reliance)

6   29.   Plaintiff's alleged claims are barred, in whole or in part, because

7   Plaintiff did not actually rely on any statement or omission, and he is not entitled to

8   rely on any presumption of reliance.

### THIRTIETH AFFIRMATIVE DEFENSE

### (Written Disclosures)

11   30.   Plaintiff's alleged claims are barred, in whole or in part, because

12   Plaintiff's allegations of misrepresentation are inconsistent with, and contrary to,

13   plain written disclosures provided to Plaintiff.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Preemption)

16   31.   Plaintiff's alleged claims are barred, in whole or in part, because they

17   are preempted by state and/or federal law.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Limited to Restitution)

20   32.   Plaintiff's alleged claims are barred, in whole or in part, because the

21   remedy for certain of their causes of action is limited to restitutionary relief.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

### (No Liability)

24   33.   To the extent that liability is adjudicated, Defendant alleges that other

25   defendants or third persons, are responsible and that Defendant is not.

26

27

28

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (15 U.S.C. § 1692k(c))

34.     Plaintiff's alleged claims under the Fair Debt Collection Practices Act are barred, in whole or in part, under 15 U.S.C. § 1692k(c), because any violation of the Act by Defendant was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (15 U.S.C. § 1692k(e))

35.     Plaintiff's alleged claims under the Fair Debt Collection Practices Act are barred, in whole or in part, under 15 U.S.C. § 1692k(e), because any violation of the Act by Defendant is premised on an act or omission in good faith in conformity with an advisory opinion of the Consumer Financial Protection Bureau.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

### (Cal. Civ. Code § 1788.30(e))

36.     Plaintiff's alleged claims under the Rosenthal Fair Debt Collection Practices Act are barred, in whole or in part, under Cal. Civ. Code § 1788.30(e), because any violation of the Act by Defendant was not intentional and resulted notwithstanding the maintenance of procedures reasonably adapted to avoid any such violation.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights to Add Affirmative Defenses)

37.     Defendant alleges that it has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may come available or apparent during discovery proceedings and further reserves the right to amend this answer and defenses accordingly and to delete defenses if determined are not applicable during the course of discovery and other proceedings.

1

2    DATED:  October 28, 2019          BUCKLEY LLP

3

4

5                                      By:  _____/s/ Fredrick S. Levin_____

6                                           Fredrick S. Levin

7                                      *Attorneys for Defendant Ygrene Energy*
                                       *Fund, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of October, 2019, I electronically filed the foregoing **DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER TO FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christian B. McLaughlin
LAW OFFICE OF CHRISTIAN
MCLAUGHLIN
701 Palomar Airport Road, Suite
300
Carlsbad, CA 92011
Telephone: (760) 431-2200
Facsimile: (760) 431-2244
Chris@legalobjective.com

Sharice Baboumian Marootian
ABDULAZIZ GROSSBART &
RUDMAN
6454 Coldwater Canyon Avenue
North Hollywood , CA  91606
Telephone: (818) 760-2000
Facsimile: (818) 760-3908
sbm@agrlaw.com

William W. Palmer
PALMER LAW GROUP PLC
2443 Fair Oaks Boulevard
Suite 545
Sacramento , CA  95825
Telephone: (916) -972-0761
Fax: (916) 917-5397
wpalmer@palmercorp.com

Allen Sattler
Freeman Mathis Gary, LLP
3030 Old Ranch Parkway Suite
280
Seal Beach , CA  90740
Telephone: (562) 583-2130
asattler@fmglaw.com

_____/s/ Fredrick S. Levin_____
Fredrick S. Levin