Christian McLaughlin, State Bar No. 250885
LEGAL OBJECTIVE
701 Palomar Airport Road, Ste. 300
Carlsbad, CA 92011
Telephone: (760) 431-2200
Facsimile: (760) 431-2244
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CONCEPCION, an individual, | Case No: 3:19-cv-01465-BAS-MDD |
| Plaintiff, | STIPULATED JOINT MOTION TO DISMISS PLAINTIFF'S 1st AMENDED COMPLAINT |
| vs. | |
| YGRENE ENRGY FUND, INC., a Delaware corporation; PACE FUNDING GROUP, LLC, a California LLC; HOMESTAR BUILDERS, INC., a California corporation; HOME ENERGY SOLUTIONS, INC., aka CLEARVIEW., a California corporation, | |
| Defendants. | |

## INTRODUCTION

On August 5, 2019, Plaintiff filed his initial Complaint. On August 16, 2009, without leave of court, Plaintiff filed his 1st Amended Complaint. At the time of this filing, the defendants remaining are YGRENE ENERGY FUND, INC., PACE FUNDING GROUP, LLC., and HOMESTAR BUILDERS, INC..

After much discussion between the remaining parties, Plaintiff concedes that the federal claims, as pled, will likely fail for one reason or another, and as a result the Court's subject matter jurisdiction will become questionable.

STIPULATED JOINT MOTION TO DISMISS PLAINTIFF'S 1st AMENDED COMPLAINT

In an effort to conserve the resources of the Parties, and to relieve this Court of any further burden, IT IS HEREBY STIPULATED between Plaintiff MANUEL CONCEPCION, defendant HOMESTAR BUILDERS, INC., defendant YGRENE ENERGY FUND, INC., and defendant PACE FUNDING GROUP, LLC that the Court dismiss Plaintiff's 1st Amended Complaint pursuant to Fed. Rules Civil Procedure section 41(a)(2) and pursuant to the following terms:

1. Plaintiff's first cause of action, for alleged violations of the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*, shall be dismissed **with prejudice** as to all parties;

2. Plaintiff's second cause of action, for alleged violations of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.*, shall be dismissed **with prejudice** as to all parties;

3. Plaintiff's third cause of action, for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, shall be dismissed **with prejudice** as to all parties;

4. Plaintiff's fourth cause of action, for alleged violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605, *et seq.*, shall be dismissed **with prejudice** as to all parties;

5. Plaintiff's fifth cause of action, for intentional misrepresentation, shall be dismissed **without prejudice** as to all parties;

6. Plaintiff's sixth cause of action, for negligent misrepresentation, shall be dismissed **without prejudice** as to all parties;

7. Plaintiff's seventh cause of action, for alleged violations of the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*, shall be dismissed **without prejudice** as to all parties;

STIPULATED JOINT MOTION TO DISMISS PLAINTIFF'S 1st AMENDED COMPLAINT

8. Plaintiff's eighth cause of action, for breach of the implied covenant of good faith and fair dealing, shall be dismissed **without prejudice** as to all parties;

9. Plaintiff's ninth cause of action, for breach of contract, shall be dismissed **without prejudice** as to all parties; and

10. Plaintiff's tenth cause of action, for alleged elder financial abuse, shall be dismissed **without prejudice** as to all parties.

11. Consistent with the tolling provisions in 28 U.S.C. § 1367, it is agreed and FURTHER STIPULATED by the Parties that the limitations period for all claims dismissed **without prejudice** pursuant to this Stipulation shall be tolled for the period of time while those claims were pending in federal court, and for a period of 30 days after those claims are dismissed pursuant to this Stipulation, unless State law provides for a longer tolling period.

12. It is agreed and FURTHER STIPULATED that each defendant has provided its counsel with the requisite authority to accept service of Plaintiff's State law complaint by U.S. First Class Mail, and each of the defendants' counsel will provide to Plaintiff's counsel, for filing, an acknowledgment of said service upon receipt of Plaintiff's complaint.

13. Finally, it is agreed and FURTHER STIPULATED that party is to bear its own costs and attorneys' fees.

Respectfully;

/s/Christian McLaughlin                                        Dated: 08/25/2020
Christian McLaughlin, Esq.
Counsel for Plaintiff
Manuel Concepcion

STIPULATED JOINT MOTION TO DISMISS PLAINTIFF'S 1st AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | /s/Daniel Paluch | Dated: 08/25/2020 |
| 2 | Counsel for Defendant<br>YGRENE ENERGY FUND, INC. | |
| 3 | | |
| 4 | /s/ Stephen Turner<br>Counsel for Defendant | Dated: 08/25/2020 |
| 5 | PACE FUNDING GROUP, LLC. | |
| 6 | /s/ Sharice B. Marootian | Dated: 08/25/2020 |
| 7 | Counsel for Defendant<br>HOMESTAR BUILDERS, INC. | |

STIPULATED JOINT MOTION TO DISMISS PLAINTIFF'S 1st AMENDED COMPLAINT